costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

SADIE JACOBSON v. MARTHA M. ROETTGER, Individually, etc., and Others, Defendants. THE FARMERS LOAN AND TRUST COMPANY, as Executor, etc., Appellant. (No. 21554 — 1924.) — Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

SADIE JACOBSON v. MARTHA M. ROETTGER, Individually, etc., and Others, Defendants. THE FARMERS LOAN AND TRUST COMPANY, as Executor, etc., Appellant. (No. 15764 — 1924.) — Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

YORKTOWN COURT APARTMENTS, INC., v. EIGHTY FORT WASHINGTON AVE., INC., Impleaded, etc.— Motion granted to the extent only of directing that payment to the plaintiff of the sum set forth in paragraph 4th of the judgment be withheld pending the determination by this court of said appeal. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Others v. IMPERIAL INSURANCE COMPANY. CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Others v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK. CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Others v. NORTHERN INSURANCE COMPANY OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

ISIDORE SCHEINBERG and Others v. BEATRICE SCHEINBERG and MAX MONFRIED.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

L. M. RABINOWITZ & COMPANY, INC., v. SIMON POLLOCK and Another.— Motion granted to the extent of permitting defendants, pending said appeal, to engage in the manufacture and sale of hook and eye tape, other than riveted hook and eye tape and other than that founded upon the illegal and surreptitious acquisition by defendants of information while in the employ of the plaintiff, upon condition that the defendants furnish a bond satisfactory to the plaintiff in an amount to be fixed in the order. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

---

## SECOND DEPARTMENT, JULY, 1927.

In the Matter of the Application of CALTON COURT, INCORPORATED, a Domestic Corporation, Respondent, for a Peremptory Mandamus Order against WILLIAM H. SWITZER, Building Inspector of the City of New Rochelle, New York, Appellant.

*Municipal corporations — building permits — petitioner entitled to permit when application was made — delay in examining plans was for purpose of permitting change in Zoning Ordinance — petitioner entitled to peremptory order.*

Appeal from a peremptory mandamus order of the Supreme Court, made at the Westchester Special Term and entered in the Westchester county clerk's office on April 16, 1927, directing the building inspector of the city of New Rochelle to forthwith issue to the petitioner, Calton Court, Incorporated, a permit